No. 1005. THE BUNKER HILL AND SULLIVAN MINING & CONCENTRATING COMPANY, PETITIONER, *v.* THOMAS

WILLIAMS. April 14, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Myron A. Folsom* for the petitioner. *Mr. H. Lowndes Maury* and *Mr. B. K. Wheeler* for the respondent.

---

